IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

HARRY JAMES ROBINSON, JR.,

      Appellant,

 v.

                                         Case No. 5D22-2023
                                         LT Case No. 2014-CF-1376

STATE OF FLORIDA,

      Appellee.
_____/

Opinion filed January 10, 2023

3.853 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Harry James Robinson, Jr., Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and
Rebecca Rock McGuigan, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED. See Lambrix v. State, 217 So. 3d 977, 987 (Fla. 2017)

("[A] trial court does not err in denying a motion for DNA testing where the

defendant cannot show that there is a reasonable probability that the absence

or presence of DNA at a crime scene would exonerate him or lessen his sentence.").

LAMBERT, C.J., EDWARDS and HARRIS, JJ., concur.